# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## ORAL ARGUMENT ACCESS

Appeal No. 14-1891   Louis Edwards, et al v. Joseph Beck, et al

Date:   January 13, 2015

**Oral arguments are available in MP3 format. If the case is argued in St. Louis or St. Paul, recordings of the arguments will be available within 1-2 hours after the case has been argued before the Eighth Circuit. If the case is argued at a location other than St. Louis or St. Paul, the argument will be available in a few days.**

**Click the link to the right to play the oral argument: PLAY ARGUMENT**